To the Clerk of the court of criminal Appeals I am Rishting you concerning Petition for Discretionary Review. I mailed out on the 24, day of July, 2015. I have not Verification that that the clerk got this said mail. Please Risht me concerning this Petition for Discretionary Review.

(Thank you)

Respectfully Submitted, BY GARY E. SIMS TDCJ # ID, 1029968, At Connally unit, 899, F.M. 632, Kenned Texas, 78119.

signed on this, 14, day of August, 2015

BY _____ 1029968

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk